Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Monique Charisse Hunt

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MONIQUE CHARISSE HUNT, | Case No.: 5:17-cv-01730-AS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 9, 2018          /S/ Alka Sagar
                               _____
                               THE HONORABLE ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE

DATE: December 27, 2017     Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                                 /s/ *Brian C. Shapiro*
                            BY:_____
                            Brian C. Shapiro
                            Attorney for plaintiff Monique Charisse Hunt

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 5:17-CV-01730-AS

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 29, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff
_____